# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1838
_____

MICHAEL VENABLE,

   Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


July 24, 2024

PER CURIAM.

   AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Venable, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee; Dan Johnson, General Counsel, and David J Ellis, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.